IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02157-JLK-MJW

ROBERT J. ENGLAND,
DENNIS W. BOND, and
MICHAEL P. STEIGMAN,

Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC., and
THE MARRIOT INTERNATIONAL, INC. STOCK AND CASH INCENTIVE PLAN,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion to Withdraw (Docket No. 8) is GRANTED for good cause shown.  Attorneys William H. Bode, Mark Leventhal, Steven A. Katz, Andre M. Gregorian, George A. Zelcs, and Timothy F. Maloney are WITHDRAWN and are to be removed from the electronic service in this case.

Date: September 17, 2012